## Lillian Frances DANCE v. Kenneth K. GAGE et al.

### No. 2085.

Court of Appeal of Louisiana.
First Circuit.

March 4, 1940.

Rehearing Denied April 10, 1940.

Cline, Thompson, Lawes & Cavanaugh, of Lake Charles, for appellant.

McCoy & King, of Lake Charles, for appellee.

OTT, Judge.

For the reasons assigned in the case of Mary Hudgins v. Kenneth K. Gage et al., La.App., 194 So. 105, this day decided, it is ordered that the judgment in this case be and the same is affirmed at the cost of the appellant in both courts.